# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

RICARDO SANCHEZ,

      Plaintiff,

v.                            CASE NO.  5:10cv288-RH/EMT

JOSE L. SANCHEZ, JR. et al.,

      Defendants.

_____/


## ORDER DENYING MOTION TO DISMISS AND REMANDING TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS


This case is before the court on the magistrate judge's report and recommendation, ECF No. 90.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The defendant Jose L. Sanchez, Jr.'s motion to dismiss, ECF No. 77, is DENIED.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 2, 2014.

                    s/Robert L. Hinkle_____
                    United States District Judge